RECEIVED
IN LAKE CHARLES, LA

SEP 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DONALD RUNNELS      CIVIL ACTION NO. 2:06CV0960

VERSUS      JUDGE MINALDI

LIBERTY MUTUAL INSURANCE CO., ET AL      MAGISTRATE JUDGE WILSON

*********************************************************************

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of plaintiffs, HAZEL MAE WILES and DONALD RUNNELS, against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, IN ITS CAPACITY AS THE UNINSURED/ UNDERINSURED MOTORIST INSURER OF PLAINTIFFS, are hereby dismissed with prejudice, specifically reserving unto plaintiffs any and all rights against all other parties not specifically released herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY will pay its own costs through the filing of this Partial Dismissal.

JUDGMENT READ, RENDERED AND SIGNED at Lake Charles, Louisiana, this ___ day of _Sept_____, 2006.

_____
DISTRICT JUDGE